BOREY v. DI GEORGE

(June 16, 1930. Opinion and Decree.)
(July 1, 1930. Rehearing Refused.)

Denechaud & Robin, of New Orleans, attorneys for plaintiff, appellee.

Harry M. Mayo, Jr., of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J. This case grows out of a collision between motor vehicles. The trial court resolved the conflicting testimony as to the responsibility for the accident in plaintiff's favor, and awarded him judgment in the sum of $216.55.

We believe that the conclusions of the court on the question of liability are correct, but find that one item of damage claimed is not proven to our satisfaction. Twenty-five dollars, which was allowed as

damage to certain flowers which were contained in plaintiff's truck at the time of the accident (plaintiff being a florist), must be deducted because not·established by the testimony.

For the reasons assigned, the judgment appealed from will be amended by reducing the amount awarded plaintiff from $216.55 to $191.55, and, as thus amended, affirmed. Plaintiff to pay costs of appeal.